

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

01-15-00215-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/31/2015 4:01:46 PM
CHRISTOPHER A. PRINE
Clerk

March 30, 2015

LANA GORDON
ATTORNEY OF RECORD
3730 KIRBY, SUITE 1120
HOUSTON, TX 77098

Defendant's Name: JOSEPH TATE BAILEY

Cause No: 1411201

Court: 248TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 02/24/15
**Sentence Imposed Date:** 02/24/15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** LANA GORDON
**Motion for New Trial Filed:** 2/26/15

Sincerely,

S. Norris

S. NORRIS

Criminal Post Trial Deputy

CC: Devon Anderson
   District Attorney
   Appellate Division
   Harris County, Texas

   LOUISE STECKLER (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin P.O. Box 4651 Houston, Texas 77210-4651